GUARANTEED TITLE AND MORTGAGE COMPANY, Appellant, v. CHARLES SCHEFFRES and Others, Defendants, and ANNA M. ENGELKING and Another, Respondents. (Appeal No. 1.) — Order resettling order granting motion of defendants in a foreclosure action to vacate a deficiency judgment in the sum of $4,857.58, and so much of a further order as confirms the referee's report of sale in all respects, except as a basis for such deficiency judgment against respondents, affirmed, with ten dollars costs and disbursements. It appears that the value of the property exceeded the amount of the judgment. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

GUARANTEED TITLE AND MORTGAGE COMPANY, Appellant, v. CHARLES SCHEFFRES and Others, Defendants, and HERMAN MARGULIES and Another, Respondents. (Appeal No. 2.) — Order vacating a deficiency judgment affirmed, with ten dollars costs and disbursements. It appears that the value of the property exceeded the amount of the judgment. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

EDWARD J. KIRBY, Respondent, v. BEATRICE KIRBY, Appellant.— In an action for divorce, the Special Term made an order awarding the custody of both children to the father, and directing that the mother, or her attorney, deliver to the father the custody of the child Marie, theretofore in the custody of the mother, and cutting off alimony previously granted to the wife. This was done by the justice presiding at the third trial in which the jury disagreed, there having been two prior disagreements. Prior to the last trial, the plaintiff had made a motion to obtain the custody of the child Marie from the mother, which motion was denied, and no appeal had been taken. Upon the present application, no material change in circumstance was shown, the order apparently being based upon the testimony and occurrences at the third trial, as stated by the Special Term justice in his opinion in granting this motion. The record upon appeal is insufficient to sustain the order, and the order is reversed upon the law and the facts and the motion denied, without costs. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

FORTUNATA MASTROBUONO, Respondent, v. CARMEN LANGE, as Sole Surviving Executrix, etc., of LUDWIG KUENSTLER, Deceased, Appellant.— Judgment in plaintiff's favor granting reformation of a deed from Ludwig Kuenstler, now deceased, to plaintiff, so as to include a covenant against incumbrances which became a lien prior to September 23, 1921, and for specific performance as reformed, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.